KEKER, VAN NEST & PETERS LLP
SHARIF E. JACOB - # 257546
sjacob@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
ALEXA DAUGHERTY - # 352699
adaugherty@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| S.A. JAMENDO, a company formed under the laws of Grand Duchy of Luxembourg,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, a corporation organized under the laws of Delaware, and DOES 1 through 50,<br><br>Defendants. | Case No. 5:26-cv-06206-NW<br><br>**JOINT STIPULATION AND PROPOSED ORDER MODIFYING CASE DEADLINES** ** AS MODIFIED**<br><br>Dept.:    Courtroom 3 – 5th Floor<br>Judge:    Hon. Noël Wise<br><br>Date Filed:  06/22/2026<br><br>Trial Date:  Not set |

**JOINT STIPULATION MODIFYING CASE DEADLINES**

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff S.A. Jamendo ("Jamendo") and Defendant NVIDIA Corporation ("NVIDIA") (together, the "Parties") hereby agree and jointly stipulate as follows:

**WHEREAS**, on July 21, 2026, Jamendo filed a First Amended Complaint in the above-captioned action (*see* ECF No. 13);

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(3), the current deadline for NVIDIA to answer or otherwise respond to the First Amended Complaint is August 13, 2026;

**WHEREAS**, the Parties have agreed that NVIDIA may extend its time to answer or otherwise respond to Jamendo's First Amended Complaint from August 13, 2026, to October 12, 2026;

**WHEREAS**, the Parties have further agreed that Jamendo's deadline to oppose NVIDIA's response to the First Amended Complaint shall be extended to November 9, 2026, and that NVIDIA's deadline to file its reply in support of its response shall be extended to November 20, 2026;

**WHEREAS**, the Parties have further agreed to continue the Case Management Conference currently scheduled for October 6, 2026, to December 8, 2026, with the Joint Case Management Statement to be filed on or before November 20, 2026;

**WHEREAS**, pursuant to Section C of this Court's Standing Order for All Civil Cases, the Parties have further agreed to respectfully request that any hearing on NVIDIA's responsive motion to the First Amended Complaint be heard at the same time as the continued Case Management Conference;

**WHEREAS,** the extension will not alter the date of any other event or any other deadline already fixed by order of the Court;

**WHEREAS,** along with this Stipulation and Proposed Order, counsel for NVIDIA has filed a declaration in compliance with Civil Local Rule 6-2;

**NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE**:

1. Pursuant to Civil Local Rule 6-1(a), NVIDIA's deadline to answer or otherwise

1

respond to Jamendo's First Amended Complaint is extended to October 12, 2026.

2. Pursuant to Civil Local Rules 6-1(b) and 6-2:

   a. Jamendo's deadline to oppose NVIDIA's response to the First Amended Complaint is extended to November 9, 2026, and NVIDIA's deadline to file its reply in support of its response is extended to November 20, 2026.

   b. The Case Management Conference currently scheduled for October 6, 2026, is continued to ~~December 8, 2026~~ January 12, 2027.

   c. The Parties' Joint Case Management Statement shall be filed on or before ~~November 20, 2026~~ Decemeber 23, 2026.

3. Pursuant to Section C of this Court's Standing Order for All Civil Cases, the Parties respectfully request that any hearing on NVIDIA's responsive motion to the First Amended Complaint be set for the same date and time as the continued Case Management Conference, ~~December 8, 2026~~ January 12, 2027.

Dated:  August 7, 2026                                    KEKER, VAN NEST & PETERS LLP

                                                          By:  /s/ Sharif E. Jacob
                                                               SHARIF E. JACOB
                                                               VICTOR CHIU
                                                               KATIE LYNN JOYCE
                                                               CHRISTINA LEE
                                                               KRISTIN HUCEK
                                                               AMRUTHA DORAI
                                                               ALEXA DAUGHERTY

                                                               Attorneys for Defendant NVIDIA
                                                               CORPORATION

Dated:  August 7, 2026                                    ROPERS MAJESKI PC

                                                          By:  /s/ Kevin W. Isaacson
                                                               TODD A. ROBERTS
                                                               KEVIN W. ISAACSON

                                                               Attorneys for Plaintiff S.A. JAMENDO

2

## **CIVIL LOCAL RULE 5.1 ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: August 7, 2026

*/s/ Sharif E. Jacob*
SHARIF E. JACOB

3

# [PROPOSED] ORDER MODIFYING CASE DEADLINES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 11, 2026

By: _____



Hon. Noël Wise

JOINT STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CASE DEADLINES
Case No. 5:26-cv-06206-NW

6296508