TODD A. ROBERTS (SBN 129722)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA 95113
Telephone: 408.287.6262
Facsimile: 408.918.4501
Email: todd.roberts@ropers.com
kevin.isaacson@ropers.com

Attorneys for Plaintiff
S.A. JAMENDO, a company formed under the laws of
Grand Duchy of Luxembourg

ROPERS MAJESKI
A Professional Corporation
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. JAMENDO, a company formed under the laws of Grand Duchy of Luxembourg,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, a corporation organized under the laws of Delaware, and DOES 1 through 50,<br><br>Defendants. | Case No. 5:26-cv-06206-NW<br><br>**S.A. JAMENDO'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed against all Defendants without prejudice. No Defendant has served an answer or a motion for summary judgment.

///

///

///

Dated: October 9, 2026

ROPERS MAJESKI PC

By: /s/ Kevin W. Isaacson
TODD A. ROBERTS
KEVIN W. ISAACSON
Attorneys for Plaintiff
S.A. JAMENDO, a company formed under the laws of Grand Duchy of Luxembourg

ROPERS MAJESKI
A Professional Corporation
San Jose